

FILED
APR 20 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 4:16CR168 HEA/DDN |
| BAKARI IRONS, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about April 7, 2016, in the City of St. Louis, within the Eastern District of Missouri,

**BAKARI IRONS,**

the Defendant herein, having been convicted previously in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess a firearm which previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about April 7, 2016, in the City of St. Louis, within the Eastern District of Missouri,

**BAKARI IRONS,**

the Defendant herein, did knowingly and intentionally possess a firearm, which previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession,

knowing and having reasonable cause to believe that the firearm was stolen.

In violation of Title 18, United States Code, Section 922(j).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
RODNEY H. HOLMES, #6244551IL
Assistant United States Attorney